# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA MARIE VOORHEES, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> ACTING COMMISSIONER OF <br> SOCIAL SECURITY, <br><br> Defendant. | CASE NO. 3:13-cv-02583-GBC <br><br> (MAGISTRATE JUDGE COHN) <br><br> MEMORANDUM <br><br> Docs. 1, 12, 13, 16, 17, 18, 19, 22, 23 |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Amanda Marie Voorhees and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Amanda Marie Voorhees disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to develop the record

fully, conduct a new administrative hearing, and appropriately evaluate the evidence in accordance with the accompanying memorandum; and,

3. The Clerk of Court shall close this case.

Dated: September 30, 2015      _s/Gerald B. Cohn_
GERALD B. COHN
UNITED STATES MAGISTRATE JUDGE